IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-100 |
| | ) | (VARLAN/GUYTON) |
| BYRON VILLEDA-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court regarding the government's Motion For Writ Of Habeas Corpus Ad Prosequendum [Doc. 2] filed on July 17, 2008. The Motion is not well-taken and therefore the Motion For Writ Of Habeas Corpus Ad Prosequendum [**Doc. 2**] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

　　　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge